# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Steven E. Brown                  CHAPTER 13

                 Debtor(s)

                                                 BKY. NO. 20-11303 elf

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Nissan Motor Acceptance Corporation and index same on the master mailing list.

                                                Respectfully submitted,
                                                **/s/ Rebecca A Solarz, Esquire**
                                                Rebecca A Solarz, Esquire
                                                Kevin G. McDonald, Esquire
                                                KML Law Group, P.C.
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA 19106-1532
                                                (215) 627-1322