```
FILE NO.  10416
TAMIKA N. WYCHE, ESQUIRE
LAW OFFICES OF DAVID PAUL DANIELS, LLC
2985 Yorkship Square, Suite 1A
Camden, New Jersey  08104
(856) 338-0411
TW 006502006
```

                     UNITED STATES BANKRUPTCY COURT
                  FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: STEVEN E. BROWN           CASE NO.: 20-11303 ELF

                                        CHAPTER 13

                      CERTIFICATION IN OPPOSITION TO
              MOTION FOR RELIEF FROM THE AUTOMATIC STAY
               FILED BY NISSAN MOTOR ACCEPTANCE CORP.

      I, Steven E. Brown, Debtor, hereby certify:

1.    I filed for protection under 11 U.S.C. Chapter 13 on March 2, 2020.

2.    Nissan Motor Acceptance filed a motion for relief from the automatic stay for failure to make all post-petition auto payments.

3.    I have made all post petition payments through Western Union and should be post petition current.

4.    Currently, I am in the process of looking for the money order receipts to substantiate the payments that I have made.

5.    I am also currently in the process of trying to get Western Union to send me proof of payments for the receipts that I cannot find.

6.    Until I am able to retrieve proof of the payments that I've made, I would like to cure the delinquent amount over a period of 6 months.

7.    I am also in position to make my August payment timely.

8.    This certification is being made in an effort to resolve the issues raised by Nissan Motor Acceptance in its motion.

      I certify that the foregoing statements are true and correct.  I understand that if any statement is willfully false I am subject to punishment.

Dated: August 11, 2020             Respectfully submitted,

                                  BY: <u>/s/ Steven E. Brown</u>
                                       STEVEN E. BROWN, DEBTOR