UNITED STATES BANKRUPTCY COURT
DISTRICT OF PENNSYLVANIA

Caption in Compliance with D.N.J. LBR 9004-1(b)

Tamika N. Wyche, Esquire
3300 Federal Street
Camden, NJ 08105
856-338-0411
TNW 06502006

In Re:
STEVEN E. BROWN

Case No.: 20-11303
Chapter: 13
Adv. No.: 
Hearing Date: 9/22/2020
Judge: ELF

## CERTIFICATION OF SERVICE

1. I, Maria Hernandez :

   ☐ represent _____ in the this matter.

   ☒ am the secretary/paralegal for Tamika N. Wyche, who represents Steven E. brown in the this matter.

   ☐ am the _____ in the this case and am representing myself.

2. On August 27, 2020, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   THIRD AMENDED CHAPTER 13 PLAN AND TRANSMITTAL LETTER

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 8/27/2020                                 /s/Maria Hernandez
                                                Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| ATN: MANAGING AGENT<br>WELLS FARGO BANK, N.A.<br>MAC F8235-02F<br>P O BOX 10438<br>DES MOINES, IA 50316-0438 | CREDITOR | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| PAMELA ELCHERT THURMOND<br>TAX & REVENUE UNIT, 1401 JFK BLVD. 5TH FLOOR<br>PHILADELPHIA, PA 19102-1595 | CREDITOR | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |

# LAW OFFICES OF
# DAVID PAUL DANIELS, LLC

2985 Yorkship Square, Suite 1A
Camden, New Jersey 08104
Telephone (856) 338-0411
Telefax (856) 541-0891

David Paul Daniels
(1981-2017)

Tamika Wyche*
*Member of NJ and PA Bar

email address:
daviddanielslaw@gmail.com

August 27, 2020

Attn: Managing Agent
Wells Fargo Bank, N. A.
MAC F8235-02F
P O Box 10438
Des Moines, IA 50316-0438

    Re: Steven Brown
    Petition #20-11303 elf
    Our File No. 10416

Dear Sir/Madam :

You should have previously received from the court a copy of the plan proposed by the Debtor and Notice of the Hearing on Confirmation.

The enclosed plan is a copy of the one sent to you by the court. It has been served upon you again because **the plan contains motions that may affect your interest adversely**. All forms of relief sought by motion appear in Article 6 of the plan.

The Confirmation Hearing has been scheduled for **09/22/2020** . Objections to any relief sought in the plan, including relief sought by motion 4 C Allowed secured claims to be paid in full and 4 B Curing default and maintaining payments.: based on proof of claim or pre-confirmation determination of the amount, extent or validity of the claim.  must be filed seven days prior to the Confirmation Hearing.

If you have any questions in this matter, please feel free to contact my office.

Very truly yours,
LAW OFFICE OF DAVID PAUL DANIELS, LLC

*Tamika Wyche*

TAMIKA N. WYCHE, ESQUIRE

Enclosure

# LAW OFFICES OF
# DAVID PAUL DANIELS, LLC

2985 Yorkship Square, Suite 1A
Camden, New Jersey 08104
Telephone (856) 338-0411
Telefax (856) 541-0891

David Paul Daniels
(1981-2017)

email address:
daviddanielslaw@gmail.com

Tamika Wyche*
*Member of NJ and PA Bar

August 27, 2020

Pamela Elchert Thurmond
Tax & Revenue Unit, 1401 JFK Blvd, 5th Floor
Philadelphia, PA 19102-1595

Re: Steven Brown
Petition #20-11303 elf
Our File No. 10416

Dear Sir/Madam :

You should have previously received from the court a copy of the plan proposed by the Debtor and Notice of the Hearing on Confirmation.

The enclosed plan is a copy of the one sent to you by the court. It has been served upon you again because **the plan contains motions that may affect your interest adversely**. All forms of relief sought by motion appear in Article 6 of the plan.

The Confirmation Hearing has been scheduled for **09/22/2020** . Objections to any relief sought in the plan, including relief sought by motion 4 C Allowed secured claims to be paid in full and 4 B Curing default and maintaining payments.: based on proof of claim or pre-confirmation determination of the amount, extent or validity of the claim. must be filed seven days prior to the Confirmation Hearing.

If you have any questions in this matter, please feel free to contact my office.

Very truly yours,

LAW OFFICE OF DAVID PAUL DANIELS, LLC

TAMIKA N. WYCHE, ESQUIRE

Enclosure