UNITED STATES BANKRUPTCY COURT
DISTRICT OF PENNSYLVANIA

Caption in Compliance with D.N.J. LBR 9004-1(b)

Tamika N. Wyche, Esquire
3300 Federal Street
Camden, NJ 08105
856-338-0411
TNW 06502006

In Re:
STEVEN E. BROWN

Case No.: 20-11303
Chapter: 13
Adv. No.: 
Hearing Date: 9/29/2020
Judge: ELF

## CERTIFICATION OF SERVICE

1. I, Maria Hernandez :

   ☐ represent _____ in the this matter.

   ☒ am the secretary/paralegal for Tamika N. Wyche, who represents Steven E. Brown in the this matter.

   ☐ am the _____ in the this case and am representing myself.

2. On August 31, 2020, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   MODIFIED CHAPTER 13 PLAN AND TRANSMITTAL LETTER

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 8/31/2020                                /s/Maria Hernandez
                                               Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| ATTN: MANAGING AGENT<br>PSECU<br>P O BOX 67013<br>HARRISBURG, PA 17106-7013 | CREDITOR | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| NISSAN MOTOR ACCEPTANCE CORPORATION<br>P O BOX 9013<br>ADDISON, TEXAS  75001 | CREDITOR | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| REBECCA A. SOLAR, ESQUIRE<br>KML LAW GROUP, P.C.<br>701 MARKET STREET, SUITE 5000<br>PHILADELPHIA, PA 19106-1532 | CREDITORS ATTORNEY | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| PENNYMAC LOAN SERVICES, LLC<br>P O BOX 2410<br>MOORPARK, CA 93020 | CREDITOR | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| POWERS KIRN, LLC<br>JILL MANUEL-COUGHLIN, ESQUIRE<br>8 NESHAMINY INTERPLEX, SUITE 215<br>TREVOSE, PA 19053 | CREDITOR ATTORNEY | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

# LAW OFFICES OF
# DAVID PAUL DANIELS, LLC

David Paul Daniels
(1981-2017)

2985 Yorkship Square, Suite 1A
Camden, New Jersey 08104
Telephone (856) 338-0411
Telefax (856) 541-0891

email address:
daviddanielslaw@gmail.com

Tamika Wyche*
*Member of NJ and PA Bar

August 31, 2020

Attn: Managing Agent
PSECU
P O Box 67013
Harrisburg, PA 17106-7013

Re: Steven Brown
Petition #20-11303 elf
Our File No. 10416

Dear Sir/Madam:

You should have previously received from the court a copy of the plan proposed by the Debtor and Notice of the Hearing on Confirmation.

The enclosed plan is a copy of the one sent to you by the court. It has been served upon you again because **the plan contains motions that may affect your interest adversely**. All forms of relief sought by motion appear in Article 6 of the plan.

The Confirmation Hearing has been scheduled for **09/29/2020**. Objections to any relief sought in the plan, including relief sought by motion 4 B Curing default and maintaining payments.: based on proof of claim or pre-confirmation determination of the amount, extent or validity of the claim. must be filed seven days prior to the Confirmation Hearing.

If you have any questions in this matter, please feel free to contact my office.

Very truly yours,

LAW OFFICE OF DAVID PAUL DANIELS, LLC
TAMIKA N. WYCHE, ESQUIRE

Enclosure

# LAW OFFICES OF
# DAVID PAUL DANIELS, LLC

David Paul Daniels
(1981-2017)

2985 Yorkship Square, Suite 1A
Camden, New Jersey 08104
Telephone (856) 338-0411
Telefax (856) 541-0891

email address:
daviddanielslaw@gmail.com

Tamika Wyche*
*Member of NJ and PA Bar

August 31, 2020

Nissan Motor Acceptance Corporation
P O Box 9013
Addison, Texas 75001

Re: Steven Brown
Petition #20-11303 elf
Our File No. 10416

Dear Sir/Madam :

You should have previously received from the court a copy of the plan proposed by the Debtor and Notice of the Hearing on Confirmation.

The enclosed plan is a copy of the one sent to you by the court. It has been served upon you again because **the plan contains motions that may affect your interest adversely**. All forms of relief sought by motion appear in Article 6 of the plan.

The Confirmation Hearing has been scheduled for **09/22/2020** . Objections to any relief sought in the plan, including relief sought by motion 4 A Secured claims not provided for by the Plan.  Based on proof of claim or pre-confirmation determination of the amount, extent or validity of the claim. must be filed seven days prior to the Confirmation Hearing.

If you have any questions in this matter, please feel free to contact my office.

Very truly yours,

LAW OFFICE OF DAVID PAUL DANIELS, LLC

TAMIKA N. WYCHE, ESQUIRE

Enclosure

# LAW OFFICES OF
# DAVID PAUL DANIELS, LLC

|  |  |  |
|---|---|---|
| David Paul Daniels<br>(1981-2017) | 2985 Yorkship Square, Suite 1A<br>Camden, New Jersey 08104<br>Telephone (856) 338-0411<br>Telefax (856) 541-0891 | email address:<br>daviddanielslaw@gmail.com |

Tamika Wyche*
*Member of NJ and PA Bar

August 31, 2020

Rebecca A. Solar, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

       Re: Steven Brown
       Petition #20-11303 elf
       Our File No. 10416

Dear Ms. Solar :

    You should have previously received from the court a copy of the plan proposed by the Debtor and Notice of the Hearing on Confirmation.

    The enclosed plan is a copy of the one sent to you by the court. It has been served upon you again because **the plan contains motions that may affect your interest adversely**. All forms of relief sought by motion appear in Article 6 of the plan.

    The Confirmation Hearing has been scheduled for **09/22/2020** . Objections to any relief sought in the plan, including relief sought by motion 4 A Secured claims not provided for by the Plan.  Based on proof of claim or pre-confirmation determination of the amount, extent or validity of the claim. must be filed seven days prior to the Confirmation Hearing.

    If you have any questions in this matter, please feel free to contact my office.

                            Very truly yours,

                            LAW OFFICE OF DAVID PAUL DANIELS, LLC
    Enclosure               TAMIKA N. WYCHE, ESQUIRE

# LAW OFFICES OF
# DAVID PAUL DANIELS, LLC

David Paul Daniels
(1981-2017)

2985 Yorkship Square, Suite 1A
Camden, New Jersey 08104
Telephone (856) 338-0411
Telefax (856) 541-0891

email address:
daviddanielslaw@gmail.com

Tamika Wyche*
*Member of NJ and PA Bar

August 31, 2020

PennyMac Loan Services, LLC
P O Box 2410
Moorpark, CA 93020

Re: Steven Brown
Petition #20-11303 elf
Our File No. 10416

Dear Sir/Madam :

You should have previously received from the court a copy of the plan proposed by the Debtor and Notice of the Hearing on Confirmation.

The enclosed plan is a copy of the one sent to you by the court. It has been served upon you again because **the plan contains motions that may affect your interest adversely**. All forms of relief sought by motion appear in Article 6 of the plan.

The Confirmation Hearing has been scheduled for **09/29/2020** . Objections to any relief sought in the plan, including relief sought by motion 4 B Curing default and maintaining payments.: based on proof of claim or pre-confirmation determination of the amount, extent or validity of the claim. must be filed seven days prior to the Confirmation Hearing.

If you have any questions in this matter, please feel free to contact my office.

Very truly yours,
LAW OFFICE OF DAVID PAUL DANIELS, LLC

TAMIKA N. WYCHE, ESQUIRE

Enclosure

# LAW OFFICES OF
# DAVID PAUL DANIELS, LLC

2985 Yorkship Square, Suite 1A
Camden, New Jersey 08104
Telephone (856) 338-0411
Telefax (856) 541-0891

David Paul Daniels
(1981-2017)

Tamika Wyche*
*Member of NJ and PA Bar

email address:
daviddanielslaw@gmail.com

August 31, 2020

Powers Kirn, LLC
Jill Manuel-Coughlin, Esquire
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053

Re: Steven Brown
Petition #20-11303 elf
Our File No. 10416

Dear Jill Manuel-Coughlin:

You should have previously received from the court a copy of the plan proposed by the Debtor and Notice of the Hearing on Confirmation.

The enclosed plan is a copy of the one sent to you by the court. It has been served upon you again because **the plan contains motions that may affect your interest adversely**. All forms of relief sought by motion appear in Article 6 of the plan.

The Confirmation Hearing has been scheduled for **09/29/2020** . Objections to any relief sought in the plan, including relief sought by motion 4 B Curing default and maintaining payments.: based on proof of claim or pre-confirmation determination of the amount, extent or validity of the claim. must be filed seven days prior to the Confirmation Hearing.

If you have any questions in this matter, please feel free to contact my office.

Very truly yours,

LAW OFFICE OF DAVID PAUL DANIELS, LLC

TAMIKA N. WYCHE, ESQUIRE

Enclosure