L.B.F. 3015-6A

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Steven E. Brown                  :     Chapter   13
                                         :
         Debtor(s)                       :     Bky. No.  20-11303   elf

### PRE-CONFIRMATION CERTIFICATION
### OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE
### WITH 11 U.S.C. §§ 1325(a)(8) and 1325(a)(9)

I hereby certify as follows in connection with the confirmation hearing in the above case:

1. The above named debtor(s) has/have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. The above named debtor(s) has/have filed all applicable federal, state and local tax returns as required by 11 U.S.C. § 1308.

3. If the confirmation hearing is postponed for any reason, and the information herein changes, I will provide an updated Certification to the chapter 13 trustee prior to any subsequent confirmation hearing.

[to be executed by counsel for the Debtor(s) or the Debtor(s)]

Date: 9/3/20                             _____
                                         [name]
                                         Attorney for Debtor(s)

Date:                                    _____
                                         [name]
                                         Debtor

Date:                                    _____
                                         [name]
                                         Debtor