**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                                        Chapter 13

                                        Bankruptcy No. 20-11303-ELF

STEVEN E. BROWN

1136 N 65TH STREET

PHILADELPHIA, PA 19151-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    STEVEN E. BROWN

    1136 N 65TH STREET

    PHILADELPHIA, PA 19151-

Counsel for debtor(s), by electronic notice only.

    TAMIKA NICOLE WYCHE
    2985 YORKSHIP SQUARE, SUITE 1A

    CAMDEN, NJ 08104-

Date: 10/5/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee