UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  STEVEN BROWN           :          CASE NO.:  20-11303-ELF

                                                     :          CHAPTER 13

**CERTIFICATION OF NO RESPONSE**

      Tamika N. Wyche, Attorney for Debtor, hereby certifies:

1. On or about September 15, 2020, I filed an Application for Compensation for representation of the Debtor in the preparing and filing of a Bankruptcy Petition at the above number.

2. On September 15, 2020, copies of said Application and Notice were served electronically on the U.S. Trustee, William C. Miller, Trustee, and on the Debtor and all creditors by first class mail, postage prepaid at their last known address.

3. There have been no Answers or Objections to the Application and more than twenty (20) days have elapsed since the service of the Application and Notice.


Dated: October 9, 2020                    Signed: /s/ Tamika N. Wyche
                                                 Tamika N. Wyche, Esquire
                                                 Law Office of David Paul Daniels, LLC
                                                 2985 Yorkship Square, Suite 1A
                                                 Camden, New Jersey  08104
                                                 Phone No.:  (856) 338-0411
                                                 Fax No.:  (856) 541-0891