UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


In Re:  STEVEN BROWN        :       CASE NO.:  20-11303-ELF

                                                        :       CHAPTER 13


**CERTIFICATION OF SERVICE**


      I, Satonya Smith, hereby certify that on October 9, 2020, I caused to be served true and correct copies of the Certification of No Response, electronically on William C. Miller, Trustee and the U.S. Trustee and by First Class Mail, postage prepaid on all creditors and on the Debtors at the following address:

Steven Brown
1136 North 65th Street
Philadelphia, PA 19150

      I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.



Dated:  October 9, 2020                    Signed:  /s/ Satonya Smith
                                                    Satonya Smith
                                                    Legal Assistant
                                                    Law Office of David Paul Daniels, LLC
                                                    2985 Yorkship Square, Suite 1A
                                                    Camden, New Jersey  08104
                                                    Phone No.:  (856) 338-0411
                                                    Fax No.:  (856) 541-0891