**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>STEVEN E. BROWN | Chapter 13 |
| Debtor | Bankruptcy No. 20-11303-ELF |

# O R D E R

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: January 6, 2021**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
TAMIKA NICOLE WYCHE
2985 YORKSHIP SQUARE, SUITE 1A

CAMDEN, NJ 08104-

Debtor:
STEVEN E. BROWN

1136  N 65TH STREET

PHILADELPHIA, PA 19151-