United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                          Case No. 20-11303-elf

Steven E. Brown                                                                  Chapter 13

        Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-2                        User: admin                          Page 1 of 3

Date Rcvd: Jan 06, 2021                     Form ID: pdf900                       Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Steven E. Brown, 1136 N 65th St, Philadelphia, PA 19151-3113 |
| 14476495 | | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 14476496 | | Bob's Discount Furniture, PO Box 14517, Des Moines, IA 50306-3517 |
| 14497295 | + | Midland Credit Management, Inc., Po Box 2037, Warren MI 48090-2037 |
| 14476500 | | Nissan Motor Acceptance Corp., Bankruptcy Department, PO Box 660366, Dallas, TX 75266-0366 |
| 14496098 | + | Nissan Motor Acceptance Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14522485 | + | Nissan Motor Acceptance Corporation, C/O Rebecca A. Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14476502 | | PennyMac, PO Box 514387, Los Angeles, CA 90051-4387 |
| 14501883 | + | PennyMac Loan Services, LLC, PO Box 2410, Moorpark, CA 93020-2410 |
| 14478879 | + | PennyMac Loan Services, LLC, c/o Jill Manuel-Coughlin, Esquire, 8 Neshaminy Interplex Drive, Suite 215, Trevose, PA 19053-6980 |
| 14476505 | | TD Bank/Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 14476504 | | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 14476506 | | The Bureaus Inc., 650 Dundee Rd Ste 370, Northbrook, IL 60062-2757 |
| 14476507 | | Wells Fargo, PO Box 563966, Charlotte, NC 28256-3966 |
| 14496343 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14500451 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14481296 | + | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 07 2021 03:52:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 07 2021 03:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 07 2021 03:52:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14495879 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 07 2021 03:33:42 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14517114 | | Email/Text: megan.harper@phila.gov | Jan 07 2021 03:52:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14476497 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 07 2021 03:40:33 | Capital One/Helzberg, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14476498 | | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 07 2021 03:52:00 | Credit Collection Services, PO Box 607, Norwood, MA 02062-0607 |
| 14476499 | | Email/Text: bankruptcydpt@mcmcg.com | Jan 07 2021 03:51:00 | Midland Credit Management, PO Box 2121, |

District/off: 0313-2

User: admin

Page 2 of 3

Date Rcvd: Jan 06, 2021

Form ID: pdf900

Total Noticed: 29

| | | | |
|---|---|---|---|
| | | | Warren, MI 48090-2121 |
| 14491670 | Email/Text: bankruptcynotices@psecu.com | Jan 07 2021 03:52:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14476501 | Email/Text: bankruptcynotices@psecu.com | Jan 07 2021 03:52:00 | Pennsylvania State Employee Credit Union, PO Box 67013, Harrisburg, PA 17106-7013 |
| 14476503 | Email/PDF: gecsedi@recoverycorp.com | Jan 07 2021 03:38:57 | SYNCHRONY Bank/Walmart, PO Box 965036, Orlando, FL 32896-5036 |
| 14501101 | + Email/Text: bncmail@w-legal.com | Jan 07 2021 03:52:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14476549 | * | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 14476550 | * | Bob's Discount Furniture, PO Box 14517, Des Moines, IA 50306-3517 |
| 14476551 | * | Capital One/Helzberg, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14476552 | * | Credit Collection Services, PO Box 607, Norwood, MA 02062-0607 |
| 14476553 | * | Midland Credit Management, PO Box 2121, Warren, MI 48090-2121 |
| 14476554 | * | Nissan Motor Acceptance Corp., Bankruptcy Department, PO Box 660366, Dallas, TX 75266-0366 |
| 14476555 | * | Pennsylvania State Employee Credit Union, PO Box 67013, Harrisburg, PA 17106-7013 |
| 14476556 | * | PennyMac, PO Box 514387, Los Angeles, CA 90051-4387 |
| 14476557 | * | SYNCHRONY Bank/Walmart, PO Box 965036, Orlando, FL 32896-5036 |
| 14476559 | * | TD Bank/Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 14476558 | * | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 14476560 | * | The Bureaus Inc., 650 Dundee Rd Ste 370, Northbrook, IL 60062-2757 |
| 14476561 | * | Wells Fargo, PO Box 563966, Charlotte, NC 28256-3966 |

TOTAL: 0 Undeliverable, 13 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2021                    Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| HARRY B. REESE | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bankruptcy@powerskirn.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bankruptcy@powerskirn.com |
| REBECCA ANN SOLARZ | |

District/off: 0313-2                          User: admin                                    Page 3 of 3
Date Rcvd: Jan 06, 2021                       Form ID: pdf900                          Total Noticed: 29

                          on behalf of Creditor Nissan Motor Acceptance Corporation bkgroup@kmllawgroup.com

TAMIKA N. WYCHE
                          on behalf of Debtor Steven E. Brown daviddanielslaw@gmail.com  G30609@notify.cincompass.com

United States Trustee
                          USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
                          on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
                          ecfemails@ph13trustee.com  philaecf@gmail.com


TOTAL: 7

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                         Chapter 13
STEVEN E. BROWN

                    Debtor              Bankruptcy No. 20-11303-ELF

## O R D E R

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing

Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage

orders previously entered are **VACATED**.

Date: January 6, 2021

_____
                    Eric L. Frank
                    Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
TAMIKA NICOLE WYCHE
2985 YORKSHIP SQUARE, SUITE 1A

CAMDEN, NJ 08104-

Debtor:
STEVEN E. BROWN

1136  N 65TH STREET

PHILADELPHIA, PA 19151-